**SKF USA INC. and SKF GmbH, Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant–Appellant,**

**and**

**The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Appellee.**

SKF USA Inc. and SKF GmbH,
Plaintiffs–Appellants,

v.

United States, Defendant–Appellee,

and

The Torrington Company, (now known
as Timken U.S. Corporation),
Defendant–Appellant.

Nos. 01–1040, 01–1039, 01–1041.

United States Court of Appeals,
Federal Circuit.

Feb. 18, 2004.

Herbert C. Shelley, Alice A. Kipel, Steptoe & Johnson, Washington, DC, for Plaintiffs-Appellants.

Velta A. Melnbrencis, Wesley K. Caine, Lane S. Hurewitz, Geert M. De Prest, Terence P. Stewart, Stewart and Stewart, Ada E. Bosque, Velta A. Melnbrencis, Berniece A. Browne, David R. Mason, John D. McInerney, David M. Cohen, John F. Koeppen, Washington DC, for Defendants-Cross Appellants.

*ORDER*

Upon consideration of the Torrington Company's and SKF USA Inc. et al.'s unopposed motions to sever and voluntarily dismiss appeal 01–1039, –1041,

IT IS ORDERED THAT:

(1) The motions are granted. All sides shall bear their own costs in 01–1039, –1041.

(2) The United States is requested to inform this court, within 14 days of the date of filing of this order, how it believes that appeal 01–1040 should proceed.

(3) The revised official captions are reflected above.